**08 C 966**

**JUDGE DOW**
**MAGISTRATE JUDGE KEYS**

# Exhibit 1

US00D524979S

## (12) United States Design Patent
### Leung

(10) Patent No.: **US D524,979 S**
(45) Date of Patent: ⁎⁎ **Jul. 11, 2006**

(54) **NOVELTY LIGHT**

(75) Inventor: **Wing Leung**, Hong Kong (HK)

(73) Assignee: **Green Logic Associates Ltd.**, Tortola (GB)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/227,591**

(22) Filed: **Apr. 13, 2005**

(51) **LOC (8) Cl.** .................................................. **26-03**
(52) **U.S. Cl.** ................................................... **D26/104**
(58) **Field of Classification Search** ................ D12/61, D12/63, 93–112; 362/410–414, 418, 427, 362/806, 809, 415
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D134,595 S   * 12/1942   Van Es .......................... D26/63
D246,202 S   * 10/1977   Oppermann ............... D26/112

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Linda Brooks
(74) *Attorney, Agent, or Firm*—Chapman and Cutler LLP

(57) **CLAIM**

The ornamental design for a novelty light, as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a novelty light incorporating my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**   Jul. 11, 2006   Sheet 1 of 4   US D524,979 S

# Fig. 1



Fig. 2

Fig. 3



**Fig. 4**



**Fig. 5**



Fig. 6



Fig. 7

