**08 C 966**

**JUDGE DOW**
**MAGISTRATE JUDGE KEYS**



**Exhibit 3**