# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 966 |
|---|---|

Rabbit Tanaka Corporation, USA, a Texas Corporation, Plaintiff
v. Can You Imagine, a California Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| NAME (Type or print) |
|---|
| Ted S.P. Li |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ted S.P. Li |
| FIRM |
| Fitch, Even, Tabin & Flannery |
| STREET ADDRESS |
| 120 S. Lasalle Street |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280417 | 312/577-7000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

CERTIFICATE OF SERVICE

This will certify that on April 2, 2008, a copy of the foregoing ENTRY OF APPEARANCE was filed electronically. Notice of this filing will be sent to the following counsel by operation of the electronic filing system:

>Mr. Robert J. Schneider
>Mr. John R. Crossan
>CHAPMAN and CUTLER LLP
>111 West Monroe Street
>Chicago, Illinois 60603

>_____s/Ted S.P. Li_____
>*Attorney for Defendant*