# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 C 966

Rabbit Tanaka Corporation, USA, a Texas Corporation, Plaintiff
v. Can You Imagine, a California Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| NAME (Type or print) |
|---|
| Philip T. Petti |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Philip T. Petti |

| FIRM |
|---|
| Fitch, Even, Tabin & Flannery |

| STREET ADDRESS |
|---|
| 120 S. Lasalle Street |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190065 | 312/577-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

CERTIFICATE OF SERVICE

This will certify that on April 2, 2008, a copy of the foregoing ENTRY OF APPEARANCE was filed electronically. Notice of this filing will be sent to the following counsel by operation of the electronic filing system:

Mr. Robert J. Schneider
Mr. John R. Crossan
CHAPMAN and CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603

s/Philip T. Petti
*Attorney for Defendant*