IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RABBIT TANAKA CORPORATION, USA, ) <br> a Texas Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAN YOU IMAGINE, ) <br> a California Corporation, ) <br> Defendant. ) <br> ) | Civil Action No. 08 cv 966 <br><br> JUDGE ROBERT M. DOW JR <br> MAGISTRATE JUDGE KEYS |

## NOTICE OF MOTION

TO:  Mr. Robert J. Schneider
     Mr. John R. Crossan
     CHAPMAN AND CUTLER
     111 W. Monroe Street
     Chicago, Ilinois 60603

**PLEASE TAKE NOTICE** that on Tuesday, April 8, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Robert M. Dow Jr. in Room 1919, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and then and there present the following which is hereby served on you:

**UNOPPOSED MOTION ON BEHALF OF DEFENDANT CAN YOU IMAGINE'S MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING**

Dated: April 2, 2008        \_\_\_s/Ted S. P. Li_____
Philip T. Petti
Ted S. P. Li (NDIL #6280471)
FITCH, EVEN, TABIN & FLANNERY
120 S. LaSalle Street
Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000

Local Counsel for Defendant

Howard C. Miskin
MISKIN & TSUI-YIP, LLP
1350 Broadway, Suite 802
New York, NY 10018
(T): 212-268-0900

Of-Counsel for Defendant,
Can You Imagine