**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Rabbit Tanaka Corporation, USA

          Plaintiff,

v.                 Case No.: 1:08−cv−00966
                 Honorable Robert M. Dow Jr.

Can You Imagine

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

  MINUTE entry before Judge Honorable Robert M. Dow, Jr:MOTION by Defendant Can You Imagine for extension of time [10] to file answer or Otherwise Plead to Plaintiff's Complaint and to Adjourn the Set Status Hearing is granted. Defendant's time to answer or plead is extended to and including 4/30/08. Status hearing date of 4/16/08 is stricken and reset to 5/6/08 at 10:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.