IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RABBIT TANAKA CORPORATION, USA,** a Texas Corporation,       Plaintiff, vs. **CAN YOU IMAGINE,** a California Corporation,       **Defendant.** | **08cv0966** **JUDGE DOW** **MAGISTRATE JUDGE KEYS** |

### DEFENDANT CAN YOU IMAGINE'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING

**I. Relief Sought**

Defendant, Can You Imagine is a California corporation having its principal place of business at 9314 Eton Avenue, Chatsworth, California 91311. Plaintiff, Rabbit Tanaka Corporation, USA is a Texas corporation having its principal place of business at 5925 Lovell Avenue, Ft. Worth, Texas 76107. This Court previously ordered a twenty-six (26) day extension up to and including April 30, 2008 for Can You Imagine, to answer, move or otherwise plead to Plaintiff's Complaint. The parties request a second extension of time, namely an additional thirty (30) day extension up to and including May 30, 2008, to answer, move or otherwise plead to Plaintiff's Complaint. This extension is requested because the parties are in settlement discussion and the attorneys believe they are close to reaching a resolution. Since Defendant's principal is traveling in Asia, communication has been delayed.

Further, the parties seek to adjourn the Status Hearing set for May 6, 2008, until the week of June 16, 2008, excluding June 19, 2008, or when the Court is available thereafter.  Defendant respectfully requests that such conference be scheduled at 10 am or later as Defendant's lead Counsel is located in New York and will have to travel to attend the conference or if possible be permitted to appear by telephone.  The reason for such adjournment is that the parties are actively engaged in settlement discussion and need further time to finalize the terms of such settlement.

Plaintiff's counsel has indicated that Plaintiff consents to the extension and adjournment being sought by Defendant herein and will not oppose this motion.  This Motion is not made for delay of this litigation and is made for purposes of furthering settlement.

## II. Conclusion

For the foregoing reasons, Defendant respectfully requests that:

a)  this Court grant Defendant's Motion to Extend Time for Defendant to answer, move or otherwise plead to Plaintiff's Complaint, extending the time to respond for an additional thirty (30) days until May 30, 2008.

b) This Court grant Defendant's Motion to Adjourn the Status hearing set for May 5, 2008, until the week of June 16, 2008, excluding June 19, 2008,  at 10 am or later.

                                                  Respectfully submitted,

Dated: April 28, 2008                                                               s/Ted S. P. Li

                                                  Philip T. Petti
                                                  Ted S. P. Li (NDIL #6280471)
                                                  FITCH, EVEN, TABIN & FLANNERY
                                                  120 S. LaSalle Street
                                                  Suite 1600
                                                  Chicago, Illinois  60603-3406
                                                  (312) 577-7000

                                                  Local Counsel for Defendant

                                                  Howard C. Miskin
                                                  MISKIN & TSUI-YIP, LLP
                                                  1350 Broadway, Suite 802
                                                  New York, NY  10018
                                                  (T): 212-268-0900

                                                  Of-Counsel for Defendant,
                                                  Can You Imagine

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, a copy of the foregoing **DEFENDANT CAN YOU IMAGINE'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING** was filed with U.S. District Court, Nothern District of Illinois, Eastern Division, in accordance with its Electronic Case Filing (ECF) procedures and served upon Plaintiff via e-mail thru ECF to:

Mr. Robert J. Schneider<br>
Mr. John R. Crossan<br>
CHAPMAN AND CUTLER<br>
111 W. Monroe Street<br>
Chicago, Ilinois 60603

_s/Ted S. P. Li_____
Ted S. P. Li (NDIL #6280471)