IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RABBIT TANAKA CORPORATION, USA,** a Texas Corporation,<br><br>           Plaintiff,<br><br>  vs.<br><br>**CAN YOU IMAGINE,** a California Corporation,<br>           **Defendant.** | **08cv0966**<br>**JUDGE DOW**<br>**MAGISTRATE JUDGE KEYS** |

## NOTICE OF MOTION

TO:   Mr. Robert J. Schneider
        Mr. John R. Crossan
        CHAPMAN AND CUTLER
        111 W. Monroe Street
        Chicago, Ilinois 60603

**PLEASE TAKE NOTICE** that on Thursday, May 1, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Robert M. Dow Jr. in Room 1919, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and then and there present the following which is hereby served on you:

**DEFENDANT CAN YOU IMAGINE'S UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING**

                              Respectfully submitted,

Dated: April 28, 2008                              _____s/Ted S. P. Li_____
                                                      Philip T. Petti
                                                      Ted S. P. Li (NDIL #6280471)
                                                      FITCH, EVEN, TABIN & FLANNERY
                                                      120 S. LaSalle Street
                                                      Suite 1600
                                                      Chicago, Illinois  60603-3406
                                                      (312) 577-7000

                                                      Local Counsel for Defendant

                                                      Howard C. Miskin
                                                      MISKIN & TSUI-YIP, LLP
                                                      1350 Broadway, Suite 802
                                                      New York, NY  10018
                                                      (T): 212-268-0900

                                                      Of-Counsel for Defendant,
                                                      Can You Imagine