IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RABBIT TANAKA CORPORATION, USA,** a Texas Corporation,      **Plaintiff,** vs. **CAN YOU IMAGINE,** a California Corporation,      **Defendant.** | ) ) ) **08cv0966** ) **JUDGE DOW** ) **MAGISTRATE JUDGE KEYS** ) ) ) ) ) ) ) |

## NOTICE OF MOTION

TO:  Mr. Robert J. Schneider
     Mr. John R. Crossan
     CHAPMAN AND CUTLER
     111 W. Monroe Street
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Tuesday, June 3, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Robert M. Dow Jr. in Room 1919, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in this stead, and then and there present the following .which is hereby served on you:

**DEFENDANT CAN YOU IMAGINE'S UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND TO ADJOURN THE SET STATUS HEARING**

                                            Respectfully submitted,

Dated: May 27, 2008                            _____s/Ted S. P. Li_____
                                            Philip T. Petti
                                            Ted S. P. Li (NDIL #6280471)
                                            FITCH, EVEN, TABIN & FLANNERY
                                            120 S. LaSalle Street
                                            Suite 1600
                                            Chicago, Illinois  60603-3406
                                            (312) 577-7000

                                            Howard C. Miskin
                                            MISKIN & TSUI-YIP, LLP
                                            1350 Broadway, Suite 802
                                            New York, NY 10018
                                            (T): 212-268-0900

                                            Of-Counsel for Defendant,
                                            Can You Imagine