**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Rabbit Tanaka Corporation, USA
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−00966
                                                    Honorable Robert M. Dow Jr.

Can You Imagine
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

   MINUTE entry before the Honorable Robert M. Dow, Jr:Defendant's Unopposed Motion for a third extension of time to answer or otherwise plead [17] is granted to and including 6/30/08. Status hearing date of 6/18/08 is stricken and Status hearing reset for 7/17/2008 at 10:00 AM. Notice of Motion date of 6/3/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.