# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RABBIT TANAKA CORP., USA, a Texas Corporation, | ) ) ) | |
| | ) | Civil Action No. 08 CV 0966 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Dow |
| CAN YOU IMAGINE, a California Corporation, | ) ) ) ) | Magistrate Judge Keys |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

      NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), plaintiff voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own costs and attorney fees.

      Respectfully submitted,

      RABBIT TANAKA CORPORATION, USA

      By:    /s/ Robert J. Schneider

Dated: July 7, 2008       One of Its Attorneys

Robert J. Schneider
John R. Crossan
CHAPMAN AND CUTLER LLP
111 West Monroe St., #1700
Chicago, Illinois 60603
(312) 845-3919

## CERTIFICATE OF SERVICE

A true copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL is being filed electronically with the Clerk of the Court using the CM/ECF system on this 7th day of July, 2008, and is therefore being automatically served on counsel for the defendant via e-mail through that system, to each of the following, whose e-mail addresses are of record:

| | |
|---|---|
| Philip T. Petti | Howard C. Miskin |
| Ted S. P. Li (NDIL #6280471) | MISKIN & TSUI-YIP, LLP |
| FITCH, EVEN, TABIN & FLANNERY | 1350 Broadway |
| 120 S. LaSalle Street | Suite 802 |
| Suite 1600 | New York, New York 10018 |
| Chicago, Illinois 60603-3406 | (212) 268-0900 |
| (312) 577-7000 | |
| Local Counsel for Defendant | Of-Counsel for Defendant, Can You Imagine |

By: _____/s/ Robert J. Schneider_____
　　　　One of the Attorneys for Plaintiff